**FILED**

**JAMES J. VILT, JR. - CLERK**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**DEC 17 2025**

**U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY**

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 3:25CR 177 DJH

18 U.S.C. § 2
18 U.S.C. § 982(a)(1)
18 U.S.C. § 1956 (a)(1)(B)(i)
18 U.S.C. § 1956(h)

**DETRICK L. HOUSEAL
LATROY B. GILKEY**

The Grand Jury charges:

COUNT 1
(*Conspiracy to Launder Monetary Instruments*)

On or about and between December 21, 2020 and January 7, 2021, in the Western District

of Kentucky, Jefferson County and elsewhere, **DETRICK L. HOUSEAL** and **LATROY B.**

**GILKEY** did knowingly combine, conspire, and agree with each other and with other persons

known and unknown to the Grand Jury to commit offenses against the United States in violation

of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct

a financial transaction affecting interstate or foreign commerce, which involved the proceeds of a

specified unlawful activity, that is the distribution of controlled substances in violation Title 21,

United States Code, Section 841(a)(1), knowing that the transactions were designed in whole and

in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds

of the specified unlawful activity, and that while conducting and attempting to conduct such

financial transactions, knew that the property involved in the financial transactions represented the

proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section

1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

The Grand Jury further charges that:

## COUNT 2
### (*Laundering of Monetary Instruments*)

On or about December 21, 2020, in the Western District of Kentucky, Jefferson County and elsewhere, **DETRICK L. HOUSEAL** and **LATROY B. GILKEY**, aided and abetted by each other and others, knowingly conducted a financial transaction affecting interstate and foreign commerce that involved the transfer of approximately $297,950 in United States currency, which involved the proceeds of a specified unlawful activity, that is the distribution of controlled substances in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 2 and 1956(a)(1)(B)(i).

The Grand Jury further charges:

## COUNT 3
### (*Laundering of Monetary Instruments*)

On or about January 7, 2021, in the Western District of Kentucky, Jefferson County and elsewhere, **DETRICK L. HOUSEAL** and **LATROY B. GILKEY**, aided and abetted by each other and others, knowingly conducted and attempted to conduct a financial transaction affecting interstate and foreign commerce that involved the transfer of approximately $311,920 in United States currency, which involved the proceeds of a specified unlawful activity, that is the distribution of controlled substances in violation of Title 21, United States Code, Section

841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 2 and 1956(a)(1)(B)(i).


## NOTICE OF FORFEITURE

As a result of committing violations of Title 18, United States Code, Section 18 U.S.C. § 1956(h) and 18 U.S.C. § 1956(a)(1)(B)(i), as specifically charged in this Indictment, **DETRICK L. HOUSEAL** and **LATROY B. GILKEY**, pursuant to Title 18, United States Code, Section 982(a)(1), shall forfeit to the United States any and all property constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of these offenses, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the offenses and property involved therein, and all property traceable to such property.

A TRUE BILL.

Redacted

FOREPERSON


KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:AMS:JRP

UNITED STATES OF AMERICA v. **DETRICK L. HOUSEAL** and **LATROY B. GILKEY**

## P E N A L T I E S

| | |
|---|---|
| Count 1 | NM 20 yrs./$500,000/both/NM 5 yrs. Supervised Release |
| Count 2 | NM 20 yrs./$500,000/both/NM 5 yrs. Supervised Release |
| Count 3 | NM 20 yrs./$500,000/both/NM 5 yrs. Supervised Release |
| FORFEITURE | |

## N O T I C E

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

      For offenses occurring after December 12, 1987:

      No **INTEREST** will accrue on fines under $2,500.00.

      **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

      **PENALTIES** of:

      10% of fine balance if payment more than 30 days late.

      15% of fine balance if payment more than 90 days late.

2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

      If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.     That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.     Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:             Clerk, U.S. District Court
                        106 Gene Snyder U.S. Courthouse
                        601 West Broadway
                        Louisville, KY 40202
                        502/625-3500

BOWLING GREEN:          Clerk, U.S. District Court
                        120 Federal Building
                        241 East Main Street
                        Bowling Green, KY 42101
                        270/393-2500

OWENSBORO:              Clerk, U.S. District Court
                        126 Federal Building
                        423 Frederica
                        Owensboro, KY 42301
                        270/689-4400

PADUCAH:                Clerk, U.S. District Court
                        127 Federal Building
                        501 Broadway
                        Paducah, KY 42001
                        270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.